MHN

RECEIVED
5-5-2008
MAY 5 2008 MB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VONDELL WILBOURN

TLMS

FILED
MAY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV2549
JUDGE SHADUR
MAG. JUDGE DENLOW

vs.

PABLO MARIANO

BOBBY W. TONG

Case. __ __ __ __ __ __ __ __ __
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: VONDELL WILBOURN

   B. List all aliases: _____

   C. Prisoner identification number: #2007-0053546

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, Illinois, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: PABLO MARIANO #6691

      Title: CHICAGO POLICE OFFICER

      Place of Employment: District 002, 51st and Wentworth

   B. Defendant: BOBBY W. TONG #7146

      Title: CHICAGO POLICE OFFICER

      Place of Employment: District 002, 51st and Wentworth

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: __N/A__

B. Approximate date of filing lawsuit: __N/A__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

D. List all defendants: __N/A__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

F. Name of judge to whom case was assigned: __N/A__

G. Basic claim made: __N/A__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

I. Approximate date of disposition: __N/A__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 5, 2007, I was preparing to enter my apartment, located at 540 East 36th St. apt #301, when I was approached by two (2) officers of the Chicago Police Department, who without cause or justification assulted me. (Defendant A.) Officer Pablo Mariano #6691 shouted from behind me, put your hands up and get on your knees, In return I asked and responded - what did I do? I Live Here! (Defendant A.) Officer Pablo Mariano #6691 then shouted again, Get on your knees, (All the while my hands were above my head and in plain sight), and I asked and responded again, what did I do? I Live here! (Defendant A.) Officer Pablo Mariano #6691 then forcefully threw me to the ground, Hit me in the back of my head with a steel object, and Held me down while (Defendant B.) Officer Bobby W. Tong #7146 Repeatedly punch me in the face, and stumped and kicked me in and around the groin area, while telling me to shut up! I was then taken to the District 002

4

Revised 9/2007

male lockup, located at 51st and wentworth, where I was left without medical attention for about 45 minutes to an hour being questioned by other officers of the Chicago Police Department. I was then later taken to Michael Reese Hospital, where transporting officers felt that it was'nt necessary to let me be seen or treated by a doctor, (someone who was better equipped to treat my injuries). The inappropriate and unnecessary behavior of these officers were not called for. I was not resisting arrest, nor did I pose a threat to these officers safety, so there was no need for the use of excessive, or physical force. I was already rendered helpless by (Defendant A.) Officer Pablo Mariano #6691, when he threw me to the ground, and then hit me in the back of my head with a steel object. But out of some sick satisfaction (Defendant B.) Officer Bobby W. Tong #7146, in his show of power and control continued to beat and kick me like I was an object instead of an Human Being.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ALTHOUGH NO AMOUNT OF MONEY WILL EVER BE ABLE TO COMPENSATE FOR THE DAMAGES CAUSED BY THESE OFFICERS CRUEL AND SENSELESS ACTS, I FEEL THAT THIS HONORABLE COURT SHOULD FIND THE TWO (2) OFFICERS, AND THE CITY OF CHICAGO LIABLE FOR MONETARY DAMAGES CAUSED BY THEIR BRUTAL BEHAVIOR, ABUSE OF POWER, AND RECKLESS MIS CONDUCT, IN THE SUM OF $3.6 Million Dollars.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11__ day of __April__, 20_08_

_Vondell Wilbourn_

(Signature of plaintiff or plaintiffs)

_VONDELL WILBOURN_
(Print name)

_#2007-0053546_
(I.D. Number)

_Cook County Jail_
_P.O. Box 089002, Chicago, Illinois, 60608_
(Address)